UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
PATRICK M. CARROLL,

                Plaintiff,

     -against-                                    22-cv-5684 (LAK)

NAMECHEAP, INC., and JOHN AND JANE DOES,

                Defendants
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/22

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The COMPLAINT fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

      ✔    The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

      ☐    The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

      ☐    The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).

      ☐    The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).

      ☐    The nature and citizenship of one or more business entities.

      ☐    The timely removal of the action from state court.

        Absent the filing, on or before July 14 2022, of an amended complaint adequately alleging the existence of subject matter jurisdiction and either deleting the Does defendants (whose citizenship is not alleged) or the filing of a memorandum demonstrating that their citizenship does not affect the existence of diversity jurisdiction at this stage of the action, this case will be dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:     July 6, 2022

                                              /S/     Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                     United States District Judge