UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK M. CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>NAMECHEAP, INC.,<br><br>    Defendant. | Case No. 22-Civ.-5684 (LAK) |

To:    The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in the above-referenced action as counsel for defendant Namecheap, Inc.

                                                                                                 Respectfully Submitted,

Dated:  New York, New York                COWAN, DeBAETS, ABRAHAMS
              July 20, 2022                                    & SHEPPARD LLP

                                                                                             By:    /s/ Scott J. Sholder
                                                                                                  Scott J. Sholder
                                                                                                  41 Madison Avenue, 38th Floor
                                                                                                  New York, New York 10010
                                                                                                  Tel: (212) 974-7474
                                                                                                  Fax: (212) 974-8474
                                                                                                  ssholder@cdas.com

                                                         *Attorneys for Defendant Namecheap, Inc.*