UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK M. CARROLL,<br><br>    Plaintiff,<br>v.<br><br>NAMECHEAP, INC.,<br><br>    Defendant. | Case No. 22-Civ.-5684 (LAK) |

**STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

**WHEREAS**, Plaintiff Patrick M. Carroll ("Carroll") filed his Amended Complaint on July 11, 2022;

**WHEREAS**, Defendant Namecheap, Inc. ("Namecheap") accepted service of the Amended Complaint via email on July 12, 2022 and therefore its deadline to answer or otherwise respond to the Complaint is August 1, 2022;

**IT IS STIPULATED AND AGREED BY AND BETWEEN CARROLL AND NAMECHEAP THAT:**

1. Namecheap is granted an extension of time to either answer or otherwise respond to the Complaint, including under Federal Rule of Civil Procedure 12, until October 15, 2022;

2.	Namecheap reserves any and all defenses, including relating to service of process and personal jurisdiction, to the extent such defenses exist; and

3.	This Stipulation may be signed in counterparts by facsimile or electronic signature and such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

| **Patrick M. Carroll** | **Namecheap, Inc.** |
|---|---|
| *Plaintiff* | *Defendant* |
| | |
| By: ___/s/ Duncan Levin_____ | By: ___/s/*Scott J. Sholder*_____ |
| Duncan Levin, Esq. | Scott J. Sholder, Esq. |
| Levin & Associates, PLLC | Cowan, DeBaets, Abrahams & Sheppard LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 44 Court Street, Suite 905 | 41 Madison Ave. 38th Floor |
| Brooklyn, New York 11215 | New York, NY 10010 |
| | |
| Dated:  July 21, 2022 | Dated:  July 20, 2022 |