UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK M. CARROLL,<br><br>      Plaintiff,<br>v.<br><br>NAMECHEAP, INC.,<br><br>      Defendant. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 22-Civ.-5684 (LAK) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff, M. Patrick Carroll, by and through counsel Duncan P. Levin, respectfully informs the Court that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Namecheap, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

/s
Duncan Levin, Esq.
Levin & Associates, PLLC
44 Court Street, Suite 905
Brooklyn, New York 11201
Tel.: (212) 330-7626
dlevin@levinpllc.com
Counsel for Plaintiff

Dated: August 30, 2022